02-12-195-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00195-CR

 

 


 
 
 Allen
 James Chiles
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 432nd District
 Court
  
 of
 Tarrant County (1206769D)
  
 February
 28, 2013
  
 Opinion
 by Justice Dauphinot
  
 (nfp)
 
 


 

JUDGMENT

 

This
court has considered the record on appeal in this case and holds that there was
no error in the trial court’s judgment.  It is ordered that the judgment of the
trial court is affirmed.

 

SECOND DISTRICT COURT OF APPEALS

 

 

 

By_________________________________

   
Justice Lee Ann Dauphinot

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00195-CR

 

 


 
 
 Allen James Chiles
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 432nd
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Appellant
Allen James Chiles challenges the admission of his custodial statement because
there was no affirmative waiver of his constitutional rights included in the Miranda
warnings.[2]  When a pretrial motion
to suppress is denied, as in the case now before this court, the accused is not
required to object at trial to the admission of the evidence he sought to
suppress.[3]  When, however, he
affirmatively states during trial that he has “no objection” to the admission
of the complained-of evidence, as did Appellant, he forfeits any error in the
admission of the evidence at trial, despite any error in the pretrial ruling.[4] 
Consequently, Appellant presents nothing for review.  We overrule his sole
point and affirm the trial court’s judgment.

 

 

LEE ANN DAUPHINOT JUSTICE

 

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and MCCOY, JJ.

 

LIVINGSTON,
C.J., concurs without opinion.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  February 28,
2013









[1]See Tex. R. App. P. 47.4.





[2]Miranda
v. Arizona, 384 U.S. 436, 475, 86 S. Ct. 1602, 1628 (1966).





[3]Moraguez v. State,
701 S.W.2d 902, 904 (Tex. Crim. App. 1986).





[4]See id.